# ALABAMA COURT OF CRIMINAL APPEALS



November 21, 2025

**CR-2025-0382**
Ashton Cody Turberville v. State of Alabama (Appeal from Escambia Circuit Court: CC-22-278.70)

## NOTICE

You are hereby notified that on November 21, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk